IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KENNETH SPARKS,

    Plaintiff,

v.                                                      No. 1:24-cv-00101 KG/JFR

STATE FARM AUTOMOBILE INSURANCE COMPANY,

    Defendant.

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon the Joint Motion to Dismiss with Prejudice for an Order dismissing the Complaint and all causes of action stated therein or which could have been stated therein by Plaintiff Kenneth Sparks ("Plaintiff") against Defendant State Farm Automobile Insurance Company ("Defendant" or "State Farm") on the grounds that all matters in controversy by Plaintiff against Defendant have been fully resolved; and the Court having reviewed the pleadings and noting the concurrence of all counsel, and being fully advised in the premises, FINDS:

    1.    That it has jurisdiction over the parties and the subject matter of this suit;

    2.    Said Motion is well taken and should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the Complaint and all causes of action stated therein, or which could have been stated therein, filed by Plaintiff against Defendant be and hereby are dismissed, with prejudice, with each party to bear his/its own attorney's fees and costs incurred.

    IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

ALLEN LAW FIRM, LLC

*/s/ Meena H. Allen*
MEENA H. ALLEN
6121 Indian School Road, NE, Suite 230
Albuquerque, New Mexico 87110
(505) 298-9400
mallen@mallen-law.com

*Attorneys for Defendant*


APPROVED:

LAW OFFICES OF ERIKA E. ANDERSON

*/s/ Erika E. Anderson (approved 07/10/2024)*
ERIKA E. ANDERSON
105 Bryn Mawr Dr. SE
Albuquerque, NM 87106
(505) 944-9039
erika@eandersonlaw.com

*Attorneys for Plaintiff*